# United States Court of Appeals
### For the Eighth Circuit

_____

No. 26-1005
_____

Kevin L. Ballard

*Plaintiff - Appellant*

v.

Taggart Boyd

*Defendant*

Shane Thurman; Dr. Daniel C. Danaher

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: June 30, 2026
Filed: July 20, 2026
[Unpublished]
_____

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Kevin Ballard appeals after the district court[1] dismissed some of his claims pre-service and adversely granted summary judgment on his remaining claims for failure to exhaust administrative remedies. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (reviewing de novo 28 U.S.C. § 1915A dismissal); *see also Townsend v. Murphy*, 898 F.3d 780, 783 (8th Cir. 2018) (reviewing de novo grant of summary judgment). Accordingly, we affirm the judgment dismissing Ballard's action without prejudice. *See* 8th Cir. R. 47B. We also deny Ballard's pending motion.

_____

[1]The Honorable Joseph F. Bataillon and the Honorable John M. Gerrard, United States District Judges for the District of Nebraska.